# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bruce Lee Hudson, aka Bruce Lee Hudson #101021, aka Bruce L. Hudson </br>*Plaintiff*</br>v.</br>S.C.D.C. Director Bryan Sterling, Officer Malik Hockett and Investigator Jessie Waller</br>*Defendant* | Civil Action No.  3:19-cv-491-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge.

Date:  June 10, 2019                                         *CLERK OF COURT*

                                                             s/Debbie Stokes
                                                  *Signature of Clerk or Deputy Clerk*